

Gary Easley
18525 Old Monterey Road
Morgan Hill, Ca.
95037
1-408-722-6298
garyeasley@yahoo.com

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALFORNIA

C 22 02344 NC

**IN RE MATTER OF:**

GARY D. EASLEY

v.

DONALD TRUMP
JOSEPH BIDEN
KAISER HOSPITAL
VALLEY MEDICAL OF SANTA CLARA COUNTY
WALGREENS INC.
RITE – AID INC.
LUCY KOH
NATHANAEL COUSINS
BETH LABSON FREEMAN
ALISON CLAIRE
MORRISON ENGLAND
EDWARD F. LEE
KATARINA PENA
RUBEN MUNOZ
AMY KIMPLE
SHERRY GLOVER
MADISON GLOVER
RONALD BURNEY
THE CITY OF MORGAN HILL
SAFEWAY MARKET
FEDERAL BUREAU OF INVESTIGATION OF THE UNITED STATES OF AMERICA
CENTAL INTELLIGENCE AGENCY
CATHERINE EASLEY
THERESA MCCLURG

1.)   CIVIL ACTION
      42 U.S.C. 1983, 42 u.s.c 1985

[handwritten note, partially legible: "Note Plaintiff is undergoing treatment to prevent fabrication and is not capable now to ..."]

UNITED STATES ARMED FORCES
STATE OF CALIFORNIA
UNITED STATES OF AMERICA
THE PEOPLE OF THE UNITED STATES OF AMERICA
THE CENTERS FOR DISEASE CONTROL
THE SAN JOSE POLICE DEPARTMENT
THE MEMBERS OF THE CALIFORNIA STATE SENATE AND UNITED STATES CONGRESS

69696969696969696969696969696969696969696969696969696969696969696969696969696969696969

Comes now, in the United States Federal Court for the Northern District of California, the plaintiff, Gary Easley, on his own behalf. The plaintiff does now submit this initial civil complaint under 42 USC 1983 raising claims against several state and federal defendants, as well as several private civilians whose actions against plaintiff resulted in violation committed against the plaintiff under the United States Constitution and State Constitution respectively. Defendants named herein this complaint, acting under color of state law, violated the Plaintiffs federally protected rights under 42 USC 1983 and the US Constitution. Actions deprived the plaintiff of that right acted under color of state and federal law, and proximately caused deprivations of federally protected rights. Actions amounted to the enforcement of municipal custom and/or policy. Actions resulted to disregard the rights of the plaintiff which any prudent and cautious individual should have known would amount to a violation of plaintiffs constitutionally protected rights. Actions were neglectful and government defendants supervisors were neglectful in failing to properly train their employees.

The plaintiff submits that he was impeded through the time of the initial via threats and mob violence and plaintiff should be considered by this court as an individual who both is eligible for

asylum from the United States of America. Plaintiff submits the United States Consitution is ineffective to protect his rights under the circumstances of the immediate case. Evidence will show that the United States of America has been overthrown by an nefarious party

This is a protective filing and plaintiff requests that this case be held in abeyance and stayed to allow him the 3 months to file respective motions in other locations and allow the plaintiff to amend the complaint 1 time before any action is taken by this court with respects to review and or determination.

Claim 1: That on or about 4/20/2020, the Alligned with above Defendants did attempt to prevent Plaintiff from obtaining life assisting medicine in order to prevent H.I.V. infection. Several Hospitals and Pharmacies conspired to achieve this until after a long time had passed. Plaintiff informed Doctors He woke up to a woman who had informed him she was a Prostitute after having sex with him. Action were Reckless and violated Plaintiffs Constitutional Rights.

2) Government utilized Army 4 Covid-19 Restriction to achieve This Conspiracy 1985 1989

That on or Around the date of 4/20/20/20, the named defendants did take part in a conspiracy to encourage and/or ultimatelty achieve to commit War crimes in collusion with a declared enemy of the United States, ISIS terrorist regime located within

A foreign nation to achieve a No Win situation for All parties.

## CERTIFICATE OF SERVICE

I, Gary Easley, am the Plaintiff in the above entitled action. I am over the age of 18. I hereby swear that everything contained within this document is the truth to the best of my ability. On the date of 4-14-2022, I served to the United States District Court Office of the clerk a true copy of this document titled 42 USC 1983 etc. A CIVIL ACTION, via personal courier service, postage fully prepaid to 280 S. First Street San Jose California US DIST CT. Northern Dist of Ca.

4-14-2022
Date

*Gary Easley*
Pro=per Plaintiff